NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KURT CHADWELL,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**OFFICE OF PERSONNEL MANAGEMENT,**
*Intervenor.*

---

2011-3174

---

Petition for review of the Merit Systems Protection Board in case no. DA300A090680-I-1.

---

## ON MOTION

---

## ORDER

Kurt Chadwell moves without opposition for a 15-day extension of time, until December 27, 2011, to file his initial brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

DEC 1 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kurt Chadwell
Jeffrey A. Gauger, Esq.
Matthew F. Scarlato, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 9 2011

JAN HORBALY
CLERK